## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LUIS GALEGO, | ) | 3:10-cv-468-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 14, 2010 |
| | ) | |
| BRUCE BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Stay Deposition of Inmate (Doc. #22). Good cause appearing,

Defendants' Motion to Stay Deposition of Inmate (Doc. #22) is **GRANTED**. The court's order of December 7, 2010 (Doc. #19) is **STAYED** until the Inmate Early Mediation Conference is concluded.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
Deputy Clerk