```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

         FEB - 2 2011

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS GALEGO, | 3:10-cv-468-LRH (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 2, 2011 |
| BRUCE BANNISTER, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received correspondence from Plaintiff dated January 10, 2011, wherein he requests an interpreter for the Inmate Mediation Conference scheduled on May 3, 2011 (Doc. #27).

Plaintiff's request for an interpreter for the Inmate Mediation Conference (Doc. #27) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
      Deputy Clerk