```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

        OCT 3 1 2011

        CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LUIS GALEGO                    )    3:10-CV-00468-LRH (WGC)
                               )
        Plaintiff,             )    **MINUTES OF THE COURT**
                               )
        vs.                    )    October 31, 2011
                               )
BRUCE BANNISTER, et al.,       )
                               )
        Defendants.            )
_____)

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion to strike Defendants' answer because the allegations are "impertinent and scandalous" and "their only purpose is to create prejudice against Plaintiff. (Doc. # 55.)

Fed. R. Civ. P. 7(a) provides for the filing of a complaint and an answer and various other pleadings. Defendants filed their answer on December 1, 2010. (Doc. # 15.) The court has reviewed Defendants' answer, and finds nothing impertinent or scandalous. Accordingly, Plaintiff's motion to strike (Doc. # 55) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
        Deputy Clerk