UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| LUIS GALEGO, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00468-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| BRUCE BANNISTER; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#82[1]) entered on July 16, 2012, recommending granting Defendants' renewed Motion for Summary Judgment (#35) filed on June 2, 2011. Plaintiff filed various documents which the court shall construe as objections to the Report and Recommendation: Plaintiff's Affidavits of the Declarations (#83) filed July 30, 2012; Affidavit and Declarations (#84) filed August 1, 2012; and Affidavit and Declarations (#85) filed August 2, 2012. Defendants have not filed a response. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

---

[1] Refers to court's docket number.

to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#82) entered on July 16, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#82) entered on July 16, 2012, is adopted and accepted, and Defendants' renewed Motion for Summary Judgment (#35) is GRANTED.

IT IS SO ORDERED.

DATED this 20th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE